## (June 11, 1937.)

Joseph S. Fay, Respondent, v. Samuel Robinson and Others, Appellants. Thomas Foley and Others, Respondents, v. Samuel Robinson and Others, Appellants, Impleaded with Patrick J. Commerford, Defendant.— Judgments affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.; Martin, P. J., and Townley, J., dissent and vote for reversal.

John Gaston and Others, Appellants, v. The City of New York, Respondent, Impleaded with Others.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Moses H. Grossman and Others, Respondents, v. Manufacturers Trust Company, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

Anglo-Continentale Treuhand, A. G., Appellant, v. Southern Pacific Company, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

Irene Tartiloff, as Administratrix, etc., of Alexander Tartiloff, Deceased, Appellant, v. The City of New York, Respondent.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Hannah Albert, Appellant, v. Title Guarantee and Trust Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Arbitration between Eugene H. Lehman, Respondent, and Harry Smolensky, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

The C. C. Thompson Pottery Co., Respondent, v. California Perfume Company, Inc., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

The Bank of United States, Respondent, v. Rose Seldin, as Executrix, etc., of Wolf H. Seldin, Deceased, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

The Bank of United States, Respondent, v. Drapkin & Goldberg Construction Co., Inc., and Others, Defendants, Impleaded with Annie Goldberg, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Harry Kopp, Respondent, v. New York World-Telegram Corporation, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.